DAVID L. SMART, ESQ. (SBN 262533)
NICOLE CHERONES, ESQ. (SBN 206102)
**SMART LAW OFFICES**
8880 Cal Center Drive, Suite 400
Sacramento, CA 95826
Tel.: (916) 361-6020
Fax: (916) 361-6021

Attorneys for Plaintiff
TENA ROBINSON

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA -- SACRAMENTO DIVISION

| | |
|---|---|
| TENA ROBINSON, | Case No.: 2:14-cv-01669-MCE-EFB |
| Plaintiff, | **STIPULATION AND ORDER GRANTING LEAVE TO FILE A FIRST AMENDED COMPLAINT** |
| vs. | |
| OCWEN LOAN SERVICING, LLC; and DOES 1 through 100, inclusive, | |
| Defendants. | |

## STIPULATION

Plaintiff, TENA ROBINSON ("Plaintiff") and Defendant, OCWEN LOAN SERVICING, LLC ("Defendant"), submit the following Joint Stipulation and request that the Court grant leave to file a First Amended Complaint pursuant to Rule 15(a) of the Federal Rules of Civil Procedure:

1. Plaintiff filed her Complaint on June 11, 2013 in Sacramento County Superior Court;

---

2. On July 15, 2014, Defendant removed Plaintiff's Complaint to the Eastern District of California;

3. On July 22, 2014, Defendant filed and served a Motion to Dismiss Plaintiff's Complaint;

4. The parties have met and conferred regarding the allegations contained in Plaintiff's proposed First Amended Complaint.

**NOW, THEREFORE,** the parties hereby stipulate and request that the Court grant Plaintiff leave to file a First Amended Complaint in this action, a true and correct copy of which is attached hereto as Exhibit 1.

**IT IS SO STIPULATED.**

DATED: October 15, 2014            SMART LAW OFFICES


                                      ___/s/ David L. Smart_____
                                      David L. Smart
                                      Attorneys for Plaintiff
                                      TENA ROBINSON


DATED: October 15, 2014            SEVERSON AND WERSON


                                      ___/s/ Evelina Manukyan_____
                                      Evelina Manukyan
                                      Attorneys for Defendant
                                      OCWEN LOAN SERVICING, LLC

**ORDER**

Given the foregoing stipulation of counsel, and good cause appearing therefore, Plaintiff is granted leave to file the First Amended Complaint which is attached hereto as Exhibit 1. Said First Amended Complaint shall be filed not later than ten (10) days following the date this Order is electronically filed. In light of the impending filing of the First Amended Complaint, Defendant's Motion to Dismiss (ECF No. 5) is DENIED as moot.

IT IS SO ORDERED.

Dated:  October 28, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT