JOHN B. SULLIVAN (State Bar No. 96742)
EDWARD R. BUELL, III (State Bar No. 240494)
EVELINA MANUKYAN (State Bar No. 233262)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant OCWEN LOAN SERVICING, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| TENA ROBINSON,<br><br>    Plaintiff,<br><br>  vs.<br><br>OCWEN LOAN SERVICING, LLC; and DOES 1-100, inclusive,<br><br>    Defendants. | Case No. 2:14-cv-01669-MCE-EFB<br><br>**ORDER GRANTING STAY OF LITIGATION**<br><br>The Hon. Morrison C. England, Jr.<br><br>Action Filed:     July 15, 2014 |

Pursuant to the parties' Stipulation to Stay Litigation Pending Efforts Toward Informal Resolution, and good cause appearing, all proceedings will be stayed for sixty (60) days after this Order is electronically filed to allow for adequate time to process Plaintiff's loan modification application and review Plaintiff for a loan modification.  If the parties do not resolve this matter within the sixty (60) day stay period, Defendant shall answer, move, or otherwise respond to Plaintiff's First Amended Complaint within five (5) days following the expiration of the stay.

   IT IS SO ORDERED.

Dated:  January 13, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT