JOHN B. SULLIVAN (State Bar No. 96742)
EDWARD R. BUELL, III (State Bar No. 240494)
EVELINA MANUKYAN (State Bar No. 233262)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant OCWEN LOAN SERVICING, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| TENA ROBINSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>OCWEN LOAN SERVICING, LLC; and DOES 1-100, inclusive,<br><br>　　　　Defendants. | Case No. 2:14-cv-01669-MCE-EFB<br><br>**ORDER GRANTING STAY OF LITIGATION**<br><br>The Hon. Morrison C. England, Jr.<br><br>Action Filed:　　July 15, 2014 |

**ORDER GRANTING THE JOINT STIPULATION TO STAY LITIGATION PENDING EFFORTS TOWARDS INFORMAL RESOLUTION**

Pursuant to the parties' Stipulation to Stay Litigation Pending Efforts Toward Informal Resolution, and good cause appearing, IT IS SO ORDERED that:

All proceedings will be stayed for sixty (60) days to allow for adequate time to process Plaintiff's loan modification application and review Plaintiff for a loan modification.

**IT IS SO ORDERED**.

Dated: March 27, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

21000.0220/4022940.1